## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LORI E. MITCHELL,

        Plaintiff,

    v.

MICHAEL J. ASTRUE,
SOCIAL SECURITY COMMISSIONER

        Defendant.

:
:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION

NO. 10-2185

## ORDER

      **AND NOW**, this ____ day of February, 2011, upon consideration of Plaintiff's Request for Review (Doc. 12), Defendant's Response thereto (Doc. 14), and after careful review of the Report and Recommendation of United States Magistrate Jacob P. Hart (Doc. 16) and no objections having been filed, **IT IS HEREBY ORDERED and DECREED** that:

1. The Report and Recommendation dated January, 28, 2011, is **APPROVED and ADOPTED**;

2. The Claimant's Request for Review is **GRANTED IN PART and DENIED IN PART**.

3. The matter is **REMANDED** to the Commissioner of the Social Security Administration for consideration of the medical evidence solely regarding the diagnosis of Reflex Sympathetic Dystrophy in Plaintiff's left arm, including the taking of evidence from a medical expert if necessary.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark the above-captioned case as **CLOSED**.

**BY THE COURT:**

**/s/ Petrese B. Tucker**

**_____**

**Hon. Petrese B. Tucker, U.S.D.J.**